THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMILIE HUBER, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Huber* v. *Feitner*, 71 App. Div. 479, affirmed.
(Argued June 9, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1902, which reversed an order of Special Term granting a peremptory writ of mandamus directing the defendants to reduce a tax imposed upon property belonging to relator.

*Joseph A. Burr* and *Louis J. Altkrug* for appellant.

*George L. Rives, Corporation Counsel* (*George S. Coleman* of counsel), for respondents.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.